# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

## NO. 03-18-00006-CV

**Navari, LLC d/b/a Il Forte Italian Ristorante, and Cesar Navari, Appellants**

**v.**

**Sysco Central Texas, Inc., Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on September 28, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.